**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY MONTEZ BROWN,<br><br>    Plaintiff,<br><br>        v.<br><br>PATROLMAN ANTHONY CALABRO, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:CV-12-1065<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

**ORDER**

    **NOW**, this 3rd day of October, 2012, **IT IS HEREBY ORDERED** that:

(1)    Magistrate Judge Smyer's Report and Recommendation (Doc. 11) is **ADOPTED**.

(2)    Plaintiff's Amended Complaint (Doc. 7) is **DISMISSED**.

(3)    The Clerk of Court is directed to mark the case as **CLOSED**.

 

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge