**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTHONY MONTEZ BROWN, | CIVIL ACTION NO. 3:CV-12-1065 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | (MAGISTRATE JUDGE CARLSON) |
| PATROLMAN ANTHONY CALABRO, *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this 3rd day of October, 2012, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Smyer's Report and Recommendation (Doc. 11) is **ADOPTED**.

(2) Plaintiff's Amended Complaint (Doc. 7) is **DISMISSED**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge